**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS<br><br>Defendant. | Case No.   24-4588 |

## NOTICE OF APPEARANCE

Anthony I. Paronich is filing this Notice of Appearance on behalf of the plaintiff.

Dated: November 21, 2024          PLAINTIFF,


*/s/ Anthony Paronich*
Anthony Paronich
Email:  anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone:  (617) 485-0018
Facsimile:  (508) 318-8100