**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated, | |
| Plaintiff, | Case No. 4:24-CV-04588 |
| v. | **JURY TRIAL DEMANDED** |
| EXCENTUS CORPORATION D/B/A FUEL REWARDS, | |
| Defendant. | |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that Brett Johnson is entering his appearance for Defendant, Excentus Corporation, in all proceedings in this cause of action and requests that all future notices from the Court, copies, and pleadings sent to the parties in interest be sent to him at the following address:

Brett Johnson
Winston & Strawn LLP
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6416
Fax: (214) 453-6400
mbjohnson@winston.com

Respectfully submitted,

By: /s/ *Brett Johnson*

**Brett Johnson**
Texas Bar No. 00790975
S.D. Bar No. 20444
mbjohnson@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6416
Fax: (214) 453-6400

*COUNSEL FOR DEFENDANT*

## <u>CERTIFICATE OF SERVICE</u>

Under the Federal Rules of Civil Procedure and Local Rule 5.3, I certify that a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system on December 20, 2024.

By: /s/ *Brett Johnson*
Brett Johnson

3