UNITED STATES DISTRICT COURT — SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:24-CV-04588 |
|---|---|---|---|

TERRY LOERCH, individually and on behalf of all others similarly situated, PLAINTIFF,

*versus*

EXCENTUS CORPORATION D/B/A FUEL REWARDS, DEFENDANT.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Sean G. Wieber<br>WINSTON & STRAWN LLP<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>(312) 558-5769 \| swieber@winston.com<br>Illinois \| State Bar No. 6294080<br>C.D. Ill.; N.D. Ill.; E.D. Mich.; W.D. Mich.; N.D. Fla.; U.S. Supreme Court; U.S. Courts of Appeal (7th Cir., 9th Cir.) |

| Name of party applicant seeks to appear for: | EXCENTUS CORPORATION<br>Applicant seeks designation as Attorney-in-Charge |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✓___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/20/2024 | Signed: /s/ Sean Wieber |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                                                  United States District Judge