# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS,<br><br>Defendant. | Case No. 4:24-CV-04588 |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SET DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

The Court, having considered the Parties' Joint Stipulation to Set Deadline to Respond to Plaintiff's Complaint,

**GRANTS** the stipulation.

**IT IS THEREFORE ORDERED** that Excentus shall respond to Plaintiff's Complaint on or before February 7, 2025.

**IT IS SO ORDERED.**

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE