## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS,<br><br>     Defendant. | Case No. 4:24-CV-04588<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT'S COMBINED CORPORATE DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Excentus Corporation, by and through the undersigned attorneys, states the following: Excentus Corporation is a wholly owned subsidiary of PDI Technologies, Inc., and no publicly held corporation owns 10% or more of Excentus Corporation's stock.

Pursuant to the November 25, 2024 Order for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons, Excentus Corporation hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Terry Loerch (Plaintiff)
   San Diego, California

2. Excentus Corporation (Defendant)

Dallas, Texas

3. PDI Technologies, Inc. (Parent of Excentus Corporation)
   Alpharetta, Georgia

In accordance with the Court's Order, if new parties are added or if additional persons or entities that are financially interested in the outcome of this litigation are identified at any time during the pendency of this litigation, then counsel will promptly file an amended certificate with the clerk.

Dated: December 20, 2024                    Respectfully submitted,

                                            By: /s/ *Brett Johnson*

                                            **Brett Johnson**
                                            Texas Bar No. 00790975
                                            S.D. Bar No. 20444
                                            mbjohnson@winston.com
                                            **WINSTON & STRAWN LLP**
                                            2121 N. Pearl St., Suite 900
                                            Dallas, TX 75201
                                            Telephone: (214) 453-6416
                                            Fax: (214) 453-6400

                                            **Sean G. Wieber** (*pro hac vice* pending)
                                            swieber@winston.com
                                            **WINSTON & STRAWN LLP**
                                            35 W. Wacker Dr.
                                            Chicago, IL 60601
                                            Phone: (312) 558-5769
                                            Fax: (312) 558-5700
                                            **ATTORNEY-IN-CHARGE**

                                            ***COUNSEL FOR DEFENDANT***

2

## <u>CERTIFICATE OF SERVICE</u>

Under the Federal Rules of Civil Procedure and Local Rule 5.3, I certify that a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system on December 20, 2024.

By: <u>*/s/ Brett Johnson*</u>
Brett Johnson