United States District Court
Southern District of Texas
**ENTERED**
December 23, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Terry Loerch | § | |
| | § | |
| *versus* | § | Civil Action 4:24−cv−04588 |
| | § | |
| Excentus Corporation | § | |

## Recusal Order

1. I stand recused in this case.

2. Deadlines in scheduling orders subsist. Court settings are vacated.

Signed on December 23, 2024, at Houston, Texas.

_____
David Hittner
United States District Judge