# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS,<br><br>Defendant. | Case No. 4:24-CV-04588<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION TO SET DEADLINE
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Under Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiff Terry Loerch and Defendant Excentus Corporation jointly stipulate, subject to the Court's approval, that the deadline for Excentus to respond to Plaintiff's Class Action Complaint shall be February 7, 2025. In support of their stipulation, the Parties state:

1. Plaintiff filed the Complaint on November 21, 2024. *See* ECF No. 1.

2. On December 10, 2024, Plaintiff purported to serve Excentus with summons and the Complaint. If service were effective on that date, the deadline to respond to the Complaint would be December 31, 2024.

3. However, Excentus disputes the validity of service. Thus, Excentus's position is that the deadline to respond to the Complaint has not yet been triggered.

4.      To avoid unnecessary motion practice over the propriety of service, Excentus has agreed to accept service of the Complaint by email. As part of that agreement, the Parties have also stipulated to a date certain—February 7, 2025—as Excentus's deadline to respond to the Complaint.

7.      A proposed order entering the Parties' stipulation is attached hereto as Exhibit A and will be submitted to the Court.

WHEREFORE, the Parties stipulate, subject to the Court's approval, that the deadline for Excentus to respond to the Complaint shall be February 7, 2025.

| | |
|---|---|
| Dated: December 20, 2024 | Respectfully submitted, |
| | By: /s/ *Brett Johnson* |
| | **Brett Johnson**<br>Texas Bar No. 00790975<br>S.D. Bar No. 20444<br>mbjohnson@winston.com<br>**WINSTON & STRAWN LLP**<br>2121 N. Pearl St., Suite 900<br>Dallas, TX 75201<br>Telephone: (214) 453-6416<br>Fax: (214) 453-6400 |
| | **Sean G. Wieber** (*pro hac vice* pending)<br>swieber@winston.com<br>**WINSTON & STRAWN LLP**<br>35 W. Wacker Dr.<br>Chicago, IL 60601<br>Phone: (312) 558-5769<br>Fax: (312) 558-5700<br>**ATTORNEY-IN-CHARGE** |
| | *COUNSEL FOR DEFENDANT* |

By: /s/ *Anthony Paronich* (*by consent*)
**Anthony Paronich** (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

**Andrew Roman Perrong**
Perrong Law LLC
S.D. Tex. #333687
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com

***COUNSEL FOR PLAINTIFF***

3

## CERTIFICATE OF SERVICE

Under the Federal Rules of Civil Procedure and Local Rule 5.3, I certify that a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system on December 20, 2024.

By: /s/ *Brett Johnson*
Brett Johnson

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS,<br><br>Defendant. | Case No. 4:24-CV-04588 |

## ORDER GRANTING JOINT STIPULATION TO SET DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

The Joint Stipulation to Set Deadline to Respond to Plaintiff's Complaint is granted. Excentus will respond to plaintiff's complaint on or before February 7, 2025.

Signed on December 30, 2024, at Houston, Texas.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE