IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS,<br><br>  Defendant. | Civil Action 4:24-CV-04588<br><br><br>Hon. Lee H. Rosenthal |

**JOINT MOTION TO STAY ALL CASE DEADLINES
AND VACATE SCHEDULING CONFERENCE**

Plaintiff Terry Loerch and Defendant Excentus Corporation jointly move the Court to (1) stay all case deadlines for 30 days, including Defendant's answer deadline of February 7, 2025, and (2) vacate the Initial Pretrial and Scheduling Conference, which is currently scheduled for February 24, 2025.

In support of this Motion, the Parties state that they are actively engaged in good-faith settlement discussions to fully resolve this case. Based on those discussions, the Parties anticipate reaching a settlement in principle within 30 days. The Parties do not want to expend judicial resources or shoulder the burdens of litigation while they work together to reach and finalize a settlement.

The Parties propose that they will update the Court on settlement in a Joint

Status Report by no later than March 3, 2025.

A proposed order accompanies the filing of this motion.

Dated: February 4, 2025

Respectfully submitted,

By: /s/ *Sean G. Wieber*

**Brett Johnson**
Texas Bar No. 00790975
S.D. Bar No. 20444
mbjohnson@winston.com
**WINSTON & STRAWN LLP**
2121 N. Pearl St., Suite 900
Dallas, TX 75201
Telephone: (214) 453-6416
Fax: (214) 453-6400

**Sean G. Wieber** (*pro hac vice*)
swieber@winston.com
**WINSTON & STRAWN LLP**
35 W. Wacker Dr.
Chicago, IL 60601
Phone: (312) 558-5769
Fax: (312) 558-5700
**ATTORNEY-IN-CHARGE**

*COUNSEL FOR DEFENDANT*

By: /s/ *Anthony Paronich* (*by consent*)
**Anthony Paronich** (*pro hac vice*)
Paronich Law, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Phone: (617) 485-0018
Fax: (508) 318-8100
anthony@paronichlaw.com

**Andrew Roman Perrong**
Perrong Law LLC
S.D. Tex. #333687
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529
Facsimile: 888-329-0305
a@perronglaw.com

***COUNSEL FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

Under the Federal Rules of Civil Procedure and Local Rule 5.3, I certify that a true and correct copy of the foregoing document was served on counsel of record via the Court's CM/ECF system on February 4, 2025.

By: /s/ *Sean G. Wieber*
Sean G. Wieber