# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS,<br><br>Defendant. | Civil Action 4:24-CV-04588 |

## [PROPOSED] ORDER GRANTING JOINT MOTION TO STAY ALL CASE DEADLINES AND VACATE SCHEDULING CONFERENCE

The Court, having considered the Parties' Joint Motion to Stay All Case Deadlines and Vacate Scheduling Conference,

**GRANTS** the motion.

**IT IS THEREFORE ORDERED** that all case deadlines are stayed for 30 days.

**IT IS FURTHER ORDERED** that the Initial Pretrial and Scheduling Conference is vacated.

**IT IS FURTHER ORDERED** that the Parties shall submit a Joint Status Report updating the Court on settlement by no later than March 3, 2025.

**IT IS SO ORDERED.**

                                                                               _____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE