United States District Court
Southern District of Texas
**ENTERED**
February 05, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § | CIVIL ACTION NO. H-24-4588 |
| v. § § | |
| EXCENTUS CORPORATION D/B/A FUEL REWARDS, § § § § | |
| Defendant. § | |

## ORDER

The parties' Joint Motion to Stay All Case Deadlines and Vacate Scheduling Conference, (Docket Entry No. 16), is granted. All case deadlines are stayed for 30 days. The initial conference is cancelled. The parties will submit a joint status report updating the court on settlement by March 3, 2025.

SIGNED on February 5, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge