# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXCENTUS CORPORATION D/B/A FUEL REWARDS,<br><br>Defendant. | Civil Action 4:24-CV-04588<br><br>Hon. Lee H. Rosenthal |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff files this Notice of Voluntary Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

RESPECTFULLY SUBMITTED AND DATED this 24th day of February, 2025.

*/s/ Anthony Paronich*
Anthony I. Paronich
Bar Roll No. 701964
PARONICH LAW, P.C.
350 Lincoln St., Suite 2400
Hingham, MA 02043
617-485-0018
anthony@paronichlaw.com