United States District Court
Southern District of Texas
**ENTERED**
February 25, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| TERRY LOERCH, individually and on behalf of all others similarly situated, § § § § | |
| Plaintiff, § | CIVIL ACTION NO. H-24-4588 |
| v. § § | |
| EXCENTUS CORPORATION D/B/A FUEL REWARDS, § § § | |
| Defendant. § § | |

## ORDER OF DISMISSAL

On the plaintiff's notice under Federal Rule of Civil Procedure 41(a)(1)(A), this case is dismissed with prejudice. (Docket entry 18).

SIGNED on February 25, 2025, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge